KATE SUSLENSKY, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [180 Misc. 624.]

## (January 28, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY-ANN STREET CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Per Curiam.* After taking into consideration all relevant factors we think that the order should be modified by reducing the assessments as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1938–39 | $800,000 | $264,000 | $1,064,000 |
| 1939–40 | 800,000 | 260,000 | 1,060,000 |
| 1940–41 | 800,000 | 255,000 | 1,055,000 |
| 1941–42 | 775,000 | 250,000 | 1,025,000 |

As so modified the order should be affirmed, with twenty dollars costs and disbursements to the relator-appellant.

Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Order unanimously modified as stated in opinion and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. . Settle order on notice.